VERSATA SOFTWARE, INC., (formerly known as Trilogy Software, Inc.) and Versata Development Group, Inc., (formerly known as Trilogy Development Group, Inc.), Plaintiffs–Cross–Appellants,

v.

INTERNET BRANDS, INC., (formerly known as Carsdirect.com, Inc.), Cardirect.com. Inc., Autodata Solutions Company, and Autodata Solutions, Inc., Defendants–Appellants.

Nos. 2013–1074, 2013–1075.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2014.

Scott L. Cole, McKool Smith, P.C., of Austin, TX, argued for plaintiffs-cross-appellants. With him on the brief were Joel L. Thollander and Leah B. Buratti.

Michael P. Adams, Jackson Walker L.L.P., of Austin, TX, argued for defendants-appellants. With him on the brief were James Ruiz, Andrew J. Schumacher, Brian King and Jeffrey A. Tinker, Winstead PC, of Austin, TX.

NEWMAN, PROST, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.